**UNITED STATES of America,**

v.

**Rodney SMITH, Appellant.**

No. 02–2343.

United States Court of Appeals, Third Circuit.

Submitted Under Third Circuit LAR 34.1(a) April 7, 2003.

Decided April 17, 2003.

Before: ALITO, FUENTES, and GREENBERG, Circuit Judges.

OPINION OF THE COURT

PER CURIAM:

Defendant, Rodney Smith, pled guilty to conspiracy to distribute and possession with intent to distribute more than 100 grams of crack cocaine, heroin, PCP, and marijuana in violation of 21 U.S.C. § 846. After holding an evidentiary hearing, the District Court found the defendant's base offense level at 26 and a criminal history at category III. The District Court imposed a sentence of 88 months imprisonment, five years of supervised release and a $100.00 special assessment. This timely appeal followed.

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967) and Third Circuit Local Appellate Rule 109.2(a), defendant's counsel certifies that, based on her review of the record, she "can find no non-frivolous issues for appeal." After engaging in an independent review of the record, *see United States v. Youla*, 241 F.3d 296, 299–300 (3d Cir.2001), we agree and therefore affirm the District Court's judgment of commitment and sentence. We also grant counsel's motion to withdraw.